# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150891(73)

EARL H. ALLARD, JR.,
      Plaintiff-Appellant,

v

CHRISTINE A. ALLARD,
      Defendant-Appellee.

_____/

SC: 150891
COA: 308194
Wayne CC: 10-110358-DM

      On order of the Chief Justice, the joint motion of amici curiae Business Law Section and Family Law Section of the State Bar of Michigan to extend the time to file their amicus curiae briefs is GRANTED. The briefs will be accepted as timely filed if submitted on or before January 20, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2015



Clerk